# Exhibit 2

Method Claim: 1

| US9002376 | Ruckus SPoT ("The accused system") |
|---|---|
| 1. A method for determining positioning of a wireless terminal comprising: | The accused system discloses a method for determining positioning of a wireless terminal (e.g., a Wi-Fi RTT enabled device such as a smartphone).<br><br>As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone or Wi-Fi RTT-enabled client device.<br><br><br><br>https://web.archive.org/web/20220117001823/https://support.ruckuswireless.com/products/74-ruckus-spot#sort=relevancy&f:@commonproducts=[SPoT] |

## REAL-TIME WI-FI LOCATION ANALYTICS

Ruckus Smart Positioning Technology (SPoT™) location engine generates location data that can be used to analyze footfall, track assets and provide other location-based services.

SPoT offers secure APIs that Ruckus ecosystem partners leverage to develop applications with location-aware features while ensuring data privacy. These third-party applications provide customized location-based solutions catered to different industries. Enterprises or Managed Service Providers can also use SPoT APIs to incorporate location data into their own applications.

SPoT software's unique advantages include its flexible deployment options: either as a public, cloud-based subscription service or as a locally-hosted virtual machine.

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf



https://www.youtube.com/watch?v=FhSdw3ET4rk



https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

**MINIMIZE INVENTORY AND ASSET LOSS**

Minimize loss through stolen or missing devices such as tablets, laptops, smart phones, and any other IT-supplied high-value devices through asset tracking. SPoT Ecosystem partners (3rd party solutions) enable additional features such as receiving notifications when any asset enters or leaves your pre-defined zones.

wireless terminal

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

determining positioning of a wireless terminal

**True real-time positioning**

- Calculates real-time location of new client devices within 5 seconds of it appearing at a site

- Provision to dynamically select update intervals to allow up to per-second positioning

- Allows easy consumption of footfall metrics via heat maps in real-time (per-minute auto refresh)

- Locates assets in real-time through real-time Wi-Fi tracker

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

Ruckus SPoT includes the following components:

- SPoT Location Engine - accurately pinpoints in real time a user's location in any indoor environment
- SPoT Location Analytics Dashboard - analogous to 'Google Analytics for the physical world'
- SPoT Engagement API - a set of APIs to power a new generation of mobile apps, giving them 'Location Intelligent' features such as the ability to locate users and engage or send them highly targeted messages in any venue with Ruckus Smart Wi-Fi installed and Ruckus SPoT enabled

https://www.digitalairwireless.com/articles/blog/ruckus-spot-location-based-analytics

|  |  |
|---|---|
|  | **Shopping Malls** Identify areas of heavy usage, improve traffic flow, engage customers with way-finding and contextual coupon serving.<br><br>**Healthcare** Accurate location data provides asset tracking, indoor navigation, and personnel locations.<br><br>**Education** Tracks assets such as tablets, navigate guests and students around campus.<br><br>https://www.digitalairwireless.com/articles/blog/ruckus-spot-location-based-analytics |
| determining positioning of a plurality of receivers capturing a first wireless signal emitted from the wireless terminal; | The accused system discloses determining positioning of a plurality of receivers (e.g., Wi-Fi RTT based access points) capturing a first wireless signal emitted from the wireless terminal (e.g., a Wi-Fi RTT enabled device such as a smartphone).<br><br>As shown below, the accused system allows a user to locate Wi-Fi RTT-based access points (receivers) on a floor plan or map. The positions of the plurality of Wi-Fi RTT-based access points (receivers) are displayed on the web interface of the accused system. The positions of the Wi-Fi RTT-based access points (receivers) configured on the web interface are visible on the corresponding venue. In Wi-Fi RTT, a smartphone or Wi-Fi RTT-enabled client device (wireless terminal) emits a wireless signal to measure round-trip time, which is used to determine its position relative to the Wi-Fi RTT-based access points employed by the system. |



https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

**WAN Requirements**

First, it should be known that because it is a cloud service, SPoT requires WAN connectivity for the location engine to collect location data. The SPoT-to-ZoneDirector communication process is very lean and requires minimal control bandwidth only when changes are made.

APs should have direct access to the Internet and be able to resolve the FQDN of the SPoT engine via DNS. In the SPoT architecture, APs are continuously collecting and processing client RSSI data and passing that data to the SPoT engine across the WAN link. By default, this data is sent from the AP to the SPoT server every 6 seconds.

plurality of receivers capturing a first wireless signal emitted from the wireless terminal

https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf

## RUCKUS SPoT HIGHLIGHTS

wireless signal

### Generation of accurate and granular location data

- Utilizes both probes and data packets for more accurate location
- Detects associated and unassociated Wi-Fi devices
- Offers option to exclude resident Wi-Fi devices from location analytics for higher accuracy
- Generates more accurate location reports when calibrated using RF Fingerprinting
- Offers different levels of service through SPoT Point and SPoT Presence

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

It does this by dividing the environment into a grid-like area, with 'anchor points' being used to mark out this area. The figure below works to 3m being the distance between each anchor point. A mobile device is then used to calibrate the deployment, by being positioned at each anchor point and transmitting a signal to the access points in its vicinity. The surrounding access points will measure the received signal strength (RSS) and tag this vector of RSS to the anchor point on the map. The AP's measurements are saved, being used to build a database. After capturing data at all anchor points, the completed database will form the radio map of the environment. Thus the radio map gives us a one-to-one mapping of received power from access points (identified by their MAC addresses) and the actual position within the environment.

determining positioning of a plurality of receivers

https://www.digitalairwireless.com/articles/blog/ruckus-wireless-spot-location-based-best-practices



Figure 1. Positioning a device/user by means of trilateration.

https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf



https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf

As shown in Figure 2, the environment is divided roughly into grids, where the distance between each neighboring anchor point is defined (3m used as an example in Figure 2). Note that a formal "grid" is not necessary; irregular calibration anchor patterns still work equally well. A calibration transmitter (i.e. mobile device) is then successively placed at each anchor point where it will transmit signals. The surrounding access points will measure the received signal strength (RSS) and tag this vector of RSS to the anchor point on the map. The AP's measurements are saved, being used to build a database. After capturing data at all anchor points, the completed database will form the radio map of the environment. Thus the radio map gives us a one-to-one mapping of received power from access points (identified by their MAC addresses) and the actual position within the environment.

first wireless signal emitted from the wireless terminal

https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf

Unlike conventional approaches to Wi-Fi based location services, SPoT exploits Ruckus-patented BeamFlex™ adaptive antenna array technology that brings a unique opportunity to correlate antenna metrics to determine client location and further improve accuracy. Ruckus BeamFlex technology is combined with a variety of advanced location techniques such as RSSI trilateration, RTT (round trip time), and RF fingerprinting and techniques that take advantage of the constant travelling speed of radio waves and packets. Ruckus SPoT is capable of better pinpointing client location, depending on the number and density of access points used.

https://www.commscope.com/press-releases/2014/ruckus-hits-the-spot-with-the-industrys-first-cloud-based-smart-positioning-wi-fi-location-service/

| | IEEE 802.11mc | IEEE 802.11mc was the third mandatory coordination (MC) maintenance/revision group for IEEE Standard 802.11-2016, which governs WLAN standards. With regards to AFC, one of the new features introduced was the 802.11mc protocol standard known as Wi-Fi Round Trip Time (RTT). Wi-Fi RTT defines the methodology for Wi-Fi APs to measure the distance to nearby Wi-Fi APs to determine their location within one-to-two meter accuracy. Across the Wi-Fi industry, the standardized Wi-Fi RTT methodology has become synonymous with IEEE 802.11mc. |
| | | https://docs.commscope.com/bundle/ap-118.2-afcuserguide/page/GUID-818689AB-8C7D-4D6C-81A4-EFCAB4D892D9.html |

## How it works

Ruckus BeamFlex technology is combined with a variety of advanced location techniques such as RSSI trilateration, RTT (round trip time), RF fingerprinting and techniques that take advantage of the constant travelling speed of radio waves and packets. As a result, Ruckus SPoT is capable of better pinpointing the location of users, depending on the number and density of access points used.

https://www.digitalairwireless.com/articles/blog/ruckus-spot-location-based-analytics

| | |
|---|---|
| 3-channel setup in 2.4 and 5GHz radios? | 3 or more APs must see the same client for location calculation. The more channels are enabled in the venue, the less the likelihood that a Wi-Fi device can be seen by 3 APs. |
| Distance between APs? | 3 or more APs must see the same client for location calculation. The ideal distance varies for venue types. Open spaces, vs, narrow pathways with thick walls all will require intelligent AP placements for better accuracy results. |
| AP install height | Ideal in normal situations to be installed 12-15ft from ground. Slightly more distance is OK for APs with narrow-beam antenna. AP should not |

https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf

| | |
|---|---|
| determining a plurality of defined local spaces (DLSs), each DLS defining a volume among four receivers of the plurality of receivers; | The accused system discloses determining a plurality of defined local spaces (DLSs) (e.g., different venues), each DLS (e.g., each venue) defining a volume (e.g., a volume corresponding to the venue) among four receivers (e.g., Wi-Fi RTT based access points) of the plurality of receivers (e.g., Wi-Fi RTT based access points). |

| | |
|---|---|
| | As shown below, the accused system allows a user to add a plurality of venues (DLSs), each having a plurality of Wi-Fi RTT-based access points (receivers) to perform location tracking. The system allows the user to add any number of Wi-Fi RTT devices (receivers), wherein four or more such devices (receivers) are allowed to determine the position or location of a smartphone or other Wi-Fi RTT-enabled client device within a venue.<br><br>**MINIMIZE INVENTORY AND ASSET LOSS**<br><br>Minimize loss through stolen or missing devices such as tablets, laptops, smart phones, and any other IT-supplied high-value devices through asset tracking. SPoT Ecosystem partners (3rd party solutions) enable additional features such as receiving notifications when any asset enters or leaves your pre-defined zones.<br><br>defined local spaces (DLSs)<br><br>https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf |



determining a plurality of defined local spaces (DLSs)

defined local space (DLS)

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf



https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

| | It does this by dividing the environment into a grid-like area, with 'anchor points' being used to mark out this area. The figure below works to 3m being the distance between each anchor point. A mobile device is then used to calibrate the deployment, by being positioned at each anchor point and transmitting a signal to the access points in its vicinity. The surrounding access points will measure the received signal strength (RSS) and tag this vector of RSS to the anchor point on the map. The AP's measurements are saved, being used to build a database. After capturing data at all anchor points, the completed database will form the radio map of the environment. Thus the radio map gives us a one-to-one mapping of received power from access points (identified by their MAC addresses) and the actual position within the environment.<br><br>https://www.digitalairwireless.com/articles/blog/ruckus-wireless-spot-location-based-best-practices<br><br>A real-time heat map allows companies to analyze where their customers are aggregating within a space, with the ability to define zones and compare traffic data between different zones. All this data is customizable for time intervals, allowing historical analysis and tracking of trends.<br><br>https://www.commscope.com/press-releases/2014/ruckus-hits-the-spot-with-the-industrys-first-cloud-based-smart-positioning-wi-fi-location-service/ |

|  | **Minimal configuration**<br><br>• Offers on-site provisioning and testing through a free mobile app for venue calibration<br><br>• Provision to create and edit floor plans of venue through simple mapping tools<br><br>• Offers multi-venue support through a single dashboard<br><br>https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf<br><br><br><br>https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf |
|---|---|
| determining a plurality of points within each DLS, | The accused system discloses determining a plurality of points (e.g., positions within a corresponding venue) within each DLS (e.g., each venue), including |

| | |
|---|---|
| including spatially relating each point to the positioning of the four receivers defining the corresponding DLS; | spatially relating each point (e.g., a position within the corresponding venue) to the positioning of the four receivers (e.g., Wi-Fi RTT-based access points) defining the corresponding DLS (e.g., venue).<br><br>As shown below, the accused system determines a plurality of positions of devices such as a smartphone or other Wi-Fi RTT-enabled client device within a particular venue (DLS) by measuring distances (spatially related) from the known positions of four or more surrounding Wi-Fi RTT-based access points (receivers) defining that venue (DLS). |



**Figure 4:** Ruckus SPoT asset tracker dashboard

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

It does this by dividing the environment into a grid-like area, with 'anchor points' being used to mark out this area. The figure below works to 3m being the distance between each anchor point. A mobile device is then used to calibrate the deployment, by being positioned at each anchor point and transmitting a signal to the access points in its vicinity. The surrounding access points will measure the received signal strength (RSS) and tag this vector of RSS to the anchor point on the map. The AP's measurements are saved, being used to build a database. After capturing data at all anchor points, the completed database will form the radio map of the environment. Thus the radio map gives us a one-to-one mapping of received power from access points (identified by their MAC addresses) and the actual position within the environment.

https://www.digitalairwireless.com/articles/blog/ruckus-wireless-spot-location-based-best-practices

A real-time heat map allows companies to analyze where their customers are aggregating within a space, with the ability to define zones and compare traffic data between different zones. All this data is customizable for time intervals, allowing historical analysis and tracking of trends.

https://www.commscope.com/press-releases/2014/ruckus-hits-the-spot-with-the-industrys-first-cloud-based-smart-positioning-wi-fi-location-service/

**Minimal configuration**

- Offers on-site provisioning and testing through a free mobile app for venue calibration

- Provision to create and edit floor plans of venue through simple mapping tools

- Offers multi-venue support through a single dashboard

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf



https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf

It does this by dividing the environment into a grid-like area, with 'anchor points' being used to mark out this area. The figure below works to 3m being the distance between each anchor point. A mobile device is then used to calibrate the deployment, by being positioned at each anchor point and transmitting a signal to the access points in its vicinity. The surrounding access points will measure the received signal strength (RSS) and tag this vector of RSS to the anchor point on the map. The AP's measurements are saved, being used to build a database. After capturing data at all anchor points, the completed database will form the radio map of the environment. Thus the radio map gives us a one-to-one mapping of received power from access points (identified by their MAC addresses) and the actual position within the environment.

spatially relating each point to the positioning of the receivers

https://www.digitalairwireless.com/articles/blog/ruckus-wireless-spot-location-based-best-practices

Unlike conventional approaches to Wi-Fi based location services, SPoT exploits Ruckus-patented BeamFlex™ adaptive antenna array technology that brings a unique opportunity to correlate antenna metrics to determine client location and further improve accuracy. Ruckus BeamFlex technology is combined with a variety of advanced location techniques such as RSSI trilateration, RTT (round trip time), and RF fingerprinting and techniques that take advantage of the constant travelling speed of radio waves and packets. Ruckus SPoT is capable of better pinpointing client location, depending on the number and density of access points used.

https://www.commscope.com/press-releases/2014/ruckus-hits-the-spot-with-the-industrys-first-cloud-based-smart-positioning-wi-fi-location-service/

| | IEEE 802.11mc | IEEE 802.11mc was the third mandatory coordination (MC) maintenance/revision group for IEEE Standard 802.11-2016, which governs WLAN standards. With regards to AFC, one of the new features introduced was the 802.11mc protocol standard known as Wi-Fi Round Trip Time (RTT). Wi-Fi RTT defines the methodology for Wi-Fi APs to measure the distance to nearby Wi-Fi APs to determine their location within one-to-two meter accuracy. Across the Wi-Fi industry, the standardized Wi-Fi RTT methodology has become synonymous with IEEE 802.11mc. |
| | | https://docs.commscope.com/bundle/ap-118.2-afcuserguide/page/GUID-818689AB-8C7D-4D6C-81A4-EFCAB4D892D9.html |

<table>
<tr>
<td></td>
<td>

## How it works

Ruckus BeamFlex technology is combined with a variety of advanced location techniques such as RSSI trilateration, RTT (round trip time), RF fingerprinting and techniques that take advantage of the constant travelling speed of radio waves and packets. As a result, Ruckus SPoT is capable of better pinpointing the location of users, depending on the number and density of access points used.

https://www.digitalairwireless.com/articles/blog/ruckus-spot-location-based-analytics
</td>
</tr>
<tr>
<td>determining a four travel times for each point, each travel time representing time needed for wireless signals to travel from the corresponding point to a corresponding one of the four receivers defining the corresponding DLS;</td>
<td>The accused system discloses determining a four travel times (e.g., round trip times) for each point (e.g., a position within a corresponding venue), each travel time (e.g., round trip time) representing time needed for wireless signals to travel from the corresponding point (e.g., a position within the corresponding venue) to a corresponding one of the four receivers (e.g., Wi-Fi RTT based access points) defining the corresponding DLS (e.g., venue).

As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone or other Wi-Fi RTT-enabled client device. Wi-Fi RTT uses round-trip time (RTT) to determine the position of the device relative to Wi-Fi RTT-based access points (receivers). The round-trip time, or RTT, is the time a Wi-Fi signal takes to travel from the device, such as a smartphone or other Wi-Fi RTT-enabled client device, to the Wi-Fi RTT-based access points and back to the device. For a venue having four Wi-Fi RTT-based access points, the RTT values corresponding to each access point are calculated for each device location, and these values are collectively used to determine the position of the smartphone or other Wi-Fi RTT-enabled client device within that venue.</td>
</tr>
</table>

Unlike conventional approaches to Wi-Fi based location services, SPoT exploits Ruckus-patented BeamFlex™ adaptive antenna array technology that brings a unique opportunity to correlate antenna metrics to determine client location and further improve accuracy. Ruckus BeamFlex technology is combined with a variety of advanced location techniques such as RSSI trilateration, RTT (round trip time), and RF fingerprinting and techniques that take advantage of the constant travelling speed of radio waves and packets. Ruckus SPoT is capable of better pinpointing client location, depending on the number and density of access points used.

travel time

https://www.commscope.com/press-releases/2014/ruckus-hits-the-spot-with-the-industrys-first-cloud-based-smart-positioning-wi-fi-location-service/

| IEEE 802.11mc | IEEE 802.11mc was the third mandatory coordination (MC) maintenance/revision group for IEEE Standard 802.11-2016, which governs WLAN standards. With regards to AFC, one of the new features introduced was the 802.11mc protocol standard known as Wi-Fi Round Trip Time (RTT). Wi-Fi RTT defines the methodology for Wi-Fi APs to measure the distance to nearby Wi-Fi APs to determine their location within one-to-two meter accuracy. Across the Wi-Fi industry, the standardized Wi-Fi RTT methodology has become synonymous with IEEE 802.11mc. |
|---|---|

travel time representing time needed for wireless signals to travel from the corresponding point to a corresponding

https://docs.commscope.com/bundle/ap-118.2-afcuserguide/page/GUID-

818689AB-8C7D-4D6C-81A4-EFCAB4D892D9.html

# How it works

Ruckus BeamFlex technology is combined with a variety of advanced location techniques such as RSSI trilateration, RTT (round trip time), RF fingerprinting and techniques that take advantage of the constant travelling speed of radio waves and packets. As a result, Ruckus SPoT is capable of better pinpointing the location of users, depending on the number and density of access points used.

https://www.digitalairwireless.com/articles/blog/ruckus-spot-location-based-analytics

Ruckus SPoT is based on the technology recently acquired from location based services pioneer YFind Technologies. It gives service providers and enterprises the ability to leverage Ruckus Smart Wi-Fi access points with the latest location technology and techniques that can automatically pinpoint and track the physical location of Wi-Fi- enabled devices, without having to deploy a substantially higher density of additional Wi-Fi hardware or any client software.

https://www.commscope.com/press-releases/2014/ruckus-hits-the-spot-with-the-industrys-first-cloud-based-smart-positioning-wi-fi-location-service/



https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf

**Minimal configuration**

- Offers on-site provisioning and testing through a free mobile app for venue calibration

- Provision to create and edit floor plans of venue through simple mapping tools

- Offers multi-venue support through a single dashboard

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

<table>
<tr><td colspan="2">

**4.3.18.19 Fine timing measurement**

Fine timing measurement allows a STA to accurately measure the round trip time (RTT) between it and another STA. With the regular transfer of Fine Timing Measurement frames it is possible for the recipient STA to track changes in its relative location with other STAs in the environment.

Source: 802.11-2016

The round trip time (RTT) is defined by Equation (11-5).

$$\text{travel time} \quad RTT = [(t4' - t1') - (t3 - t2)] \qquad (11\text{-}5)$$

where $t1'$ and $t4'$ are the time at which the Fine Timing Measurement frame was transmitted and the time at which the Ack was received, respectively, as determined by the initiating STA.

At the initiating STA, the mechanism by which $t1'$ and $t4'$ are derived from the TOD and TOA fields is implementation dependent.

Source: 802.11-2016

</td></tr>
<tr><td>

determining a first plurality of first arrival times, each first arrival time representing time for the first wireless signal to reach each of the plurality of receivers;

</td><td>

The accused system discloses determining a first plurality of first arrival times (e.g., arrival times of Wi-Fi signal at a Wi-Fi RTT based access points), each first arrival time (e.g., arrival time of one of the Wi-Fi signal at a Wi-Fi RTT based access points) representing time for the first wireless signal to reach each of the plurality of receivers (e.g., Wi-Fi RTT based access points).

As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone or other Wi-Fi RTT-enabled client device. Wi-Fi RTT uses round-trip time (RTT) to determine the position of the device relative to Wi-Fi RTT-based access points. Wi-Fi RTT employs Fine Time Measurement (FTM), in which the arrival times of Wi-Fi signals are used to calculate the RTT. Because the system uses a plurality of Wi-Fi RTT-based access points, FTM involves calculating Wi-Fi signal arrival times for each Wi-Fi RTT-based access point.

</td></tr>
</table>



https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf

Unlike conventional approaches to Wi-Fi based location services, SPoT exploits Ruckus-patented BeamFlex™ adaptive antenna array technology that brings a unique opportunity to correlate antenna metrics to determine client location and further improve accuracy. Ruckus BeamFlex technology is combined with a variety of advanced location techniques such as RSSI trilateration, RTT (round trip time), and RF fingerprinting and techniques that take advantage of the constant travelling speed of radio waves and packets. Ruckus SPoT is capable of better pinpointing client location, depending on the number and density of access points used.

https://www.commscope.com/press-releases/2014/ruckus-hits-the-spot-with-the-industrys-first-cloud-based-smart-positioning-wi-fi-location-service/

| | | |
|---|---|---|
| | IEEE 802.11mc | IEEE 802.11mc was the third mandatory coordination (MC) maintenance/revision group for IEEE Standard 802.11-2016, which governs WLAN standards. With regards to AFC, one of the new features introduced was the 802.11mc protocol standard known as Wi-Fi Round Trip Time (RTT). Wi-Fi RTT defines the methodology for Wi-Fi APs to measure the distance to nearby Wi-Fi APs to determine their location within one-to-two meter accuracy. Across the Wi-Fi industry, the standardized Wi-Fi RTT methodology has become synonymous with IEEE 802.11mc. |
| | https://docs.commscope.com/bundle/ap-118.2-afcuserguide/page/GUID-818689AB-8C7D-4D6C-81A4-EFCAB4D892D9.html<br><br>Ruckus SPoT is based on the technology recently acquired from location based services pioneer YFind Technologies. It gives service providers and enterprises the ability to leverage Ruckus Smart Wi-Fi access points with the latest location technology and techniques that can automatically pinpoint and track the physical location of Wi-Fi- enabled devices, without having to deploy a substantially higher density of additional Wi-Fi hardware or any client software. | |

https://www.commscope.com/press-releases/2014/ruckus-hits-the-spot-with-the-industrys-first-cloud-based-smart-positioning-wi-fi-location-service/

## How it works

Ruckus BeamFlex technology is combined with a variety of advanced location techniques such as RSSI trilateration, RTT (round trip time), RF fingerprinting and techniques that take advantage of the constant travelling speed of radio waves and packets. As a result, Ruckus SPoT is capable of better pinpointing the location of users, depending on the number and density of access points used.

https://www.digitalairwireless.com/articles/blog/ruckus-spot-location-based-analytics

**4.3.18.19 Fine timing measurement**

Fine timing measurement allows a STA to accurately measure the round trip time (RTT) between it and another STA. With the regular transfer of Fine Timing Measurement frames it is possible for the recipient STA to track changes in its relative location with other STAs in the environment.

Source: 802.11-2016

**11.24.6.4 Measurement exchange**

Fine Timing Measurement frames are sent during time windows called *burst instances*. The timing of the burst instances is defined by the following parameters:

— Partial TSF Timer – The partial TSF timer, as defined in 9.4.2.168, at the beginning of the first burst instance

— Burst Duration – The duration of each burst instance starting at the boundary of a burst period

— Burst Period – The interval from the beginning of one burst instance to the beginning of the following burst instance.

Source: 802.11-2016

The initiating STA may also request a single burst of FTMs to be taken as soon as possible, in which case it sets the Number of Bursts Exponent field to 0 and the ASAP field to 1. This is illustrated in Figure 11-37.



**Figure 11-37—Example negotiation and measurement exchange sequence for a single burst instance, ASAP=1, and FTMs per Burst = 3**

Source: 802.11-2016

| | |
|---|---|
| | The round trip time (RTT) is defined by Equation (11-5).<br><br>$$RTT = [(t4' - t1') - (t3 - t2)] \quad \text{plurality of first arrival times} \qquad (11\text{-}5)$$<br><br>where $t1'$ and $t4'$ are the time at which the Fine Timing Measurement frame was transmitted and the time at which the Ack was received, respectively, as determined by the initiating STA.<br><br>At the initiating STA, the mechanism by which $t1'$ and $t4'$ are derived from the TOD and TOA fields is implementation dependent.<br><br>Source: 802.11-2016 |
| determining the wireless terminal to be positioned within a first DLS of the plurality of DLSs, the first DLS being associated with the point having travel times most closely correlated with the first arrival times. | The accused system discloses determining the wireless terminal (e.g., a Wi-Fi RTT enabled device such as a smartphone or Wi-Fi RTT-enabled client device) to be positioned within a first DLS (e.g., venue) of the plurality of DLSs (e.g., different venues), the first DLS (e.g., venue) being associated with the point (e.g., a position within the venue) having travel times (e.g., round trip time) most closely correlated with the first arrival times (e.g., arrival times of Wi-Fi signal at a Wi-Fi RTT based access points).<br><br>As shown below, the accused system uses Wi-Fi RTT to determine the position of a wireless terminal, such as a smartphone or other Wi-Fi RTT-enabled client device. Wi-Fi RTT uses round-trip time (RTT) to determine the position of the device relative to Wi-Fi RTT-based access points. Wi-Fi RTT employs Fine Time Measurement (FTM), in which the arrival times of Wi-Fi signals are used to calculate RTT. For Wi-Fi RTT-based access points located within a particular venue, the measured RTTs are generally lower than those associated with Wi-Fi RTT-based access points located farther away in other venues. Based on these RTT-derived distance measurements, the system determines the position of the wireless terminal and identifies the particular venue (first DLS) in which the wireless terminal is present. |

wireless terminal — **Asset** tracking
- Tracks real-time location of assets within and around a defined venue
- Allows historical tracking of assets
- Locates position of unlisted Wi-Fi devices within and around a venue

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

| RUCKUS SPoT ATTRIBUTES | |
|---|---|
| Supported Infrastructure | • All ZoneDirector and SmartZone controllers<br>• All Ruckus 802.11n/ac APs<br>• Minimum OS version: ZoneDirector 9.8 or SmartZoneOS 3.0 |
| Supported APIs | • Venue, zones, floors<br>• Wi-Fi client location data, timestamp, client MAC address, zone info, in/out<br>• APIs for all the analytics reports in SPoT Dashboard |
| Deployment and Connectivity | • Available as cloud-based subscription service or as an on-premises virtualized instance<br>• Two levels of service available depending on client requirements:<br>  – SPoT Point: Detects device locations in real-time, with an accuracy range of 5–10 meters at 80% confidence.<br>  – SPoT Presence: Displays clients positioned to the nearest AP; heat map will appear as colored spots around the AP.<br>• Secure RESTful API support for northbound ecosystem solution integration<br>• Enhanced accuracy with client RSSI and venue RF fingerprinting |

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

**Asset tracking**
- Tracks real-time location of assets within and around a defined venue
- Allows historical tracking of assets
- Locates position of unlisted Wi-Fi devices within and around a venue

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf

As shown in Figure 2, the environment is divided roughly into grids, where the distance between each neighboring anchor point is defined (3m used as an example in Figure 2). Note that a formal "grid" is not necessary; irregular calibration anchor patterns still work equally well. A calibration transmitter (i.e. mobile device) is then successively placed at each anchor point where it will transmit signals. The surrounding access points will measure the received signal strength (RSS) and tag this vector of RSS to the anchor point on the map. The AP's measurements are saved, being used to build a database. After capturing data at all anchor points, the completed database will form the radio map of the environment. Thus the radio map gives us a one-to-one mapping of received power from access points (identified by their MAC addresses) and the actual position within the environment.

https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf

determining the wireless terminal to be positioned within a first DLS

**True real-time positioning**
- Calculates real-time location of new client devices within 5 seconds of it appearing at a site
- Provision to dynamically select update intervals to allow up to per-second positioning
- Allows easy consumption of footfall metrics via heat maps in real-time (per-minute auto refresh)
- Locates assets in real-time through real-time Wi-Fi tracker

https://ruckus.optrics.com/downloads/smart-wireless/ds-spot-cloud-services.pdf



https://support.alcadis.nl/Support_files/Ruckus/SPoT//Best%20Practice%20Guide/SPoT%20Best%20Practice%20Guide%20v2.0.pdf



[https://www.youtube.com/watch?v=FhSdw3ET4rk](https://www.youtube.com/watch?v=FhSdw3ET4rk)

Ruckus SPoT includes the following components:

- SPoT Location Engine - accurately pinpoints in real time a user's location in any indoor environment
- SPoT Location Analytics Dashboard - analogous to 'Google Analytics for the physical world'
- SPoT Engagement API - a set of APIs to power a new generation of mobile apps, giving them 'Location Intelligent' features such as the ability to locate users and engage or send them highly targeted messages in any venue with Ruckus Smart Wi-Fi installed and Ruckus SPoT enabled

[https://www.digitalairwireless.com/articles/blog/ruckus-spot-location-based-](https://www.digitalairwireless.com/articles/blog/ruckus-spot-location-based-)

analytics

**Shopping Malls** Identify areas of heavy usage, improve traffic flow, engage customers with way-finding and contextual coupon serving.

**Healthcare** Accurate location data provides asset tracking, indoor navigation, and personnel locations.

**Education** Tracks assets such as tablets, navigate guests and students around campus.

https://www.digitalairwireless.com/articles/blog/ruckus-spot-location-based-analytics

Unlike conventional approaches to Wi-Fi based location services, SPoT exploits Ruckus-patented BeamFlex™ adaptive antenna array technology that brings a unique opportunity to correlate antenna metrics to determine client location and further improve accuracy. Ruckus BeamFlex technology is combined with a variety of advanced location techniques such as RSSI trilateration, RTT (round trip time), and RF fingerprinting and techniques that take advantage of the constant travelling speed of radio waves and packets. Ruckus SPoT is capable of better pinpointing client location, depending on the number and density of access points used.

travel time

https://www.commscope.com/press-releases/2014/ruckus-hits-the-spot-with-the-industrys-first-cloud-based-smart-positioning-wi-fi-location-service/

| | IEEE 802.11mc | IEEE 802.11mc was the third mandatory coordination (MC) maintenance/revision group for IEEE Standard 802.11-2016, which governs WLAN standards. With regards to AFC, one of the new features introduced was the 802.11mc protocol standard known as Wi-Fi Round Trip Time (RTT). Wi-Fi RTT defines the methodology for Wi-Fi APs to measure the distance to nearby Wi-Fi APs to determine their location within one-to-two meter accuracy. Across the Wi-Fi industry, the standardized Wi-Fi RTT methodology has become synonymous with IEEE 802.11mc. |
| | | https://docs.commscope.com/bundle/ap-118.2-afcuserguide/page/GUID-818689AB-8C7D-4D6C-81A4-EFCAB4D892D9.html |

# How it works

Ruckus BeamFlex technology is combined with a variety of advanced location techniques such as RSSI trilateration, RTT (round trip time), RF fingerprinting and techniques that take advantage of the constant travelling speed of radio waves and packets. As a result, Ruckus SPoT is capable of better pinpointing the location of users, depending on the number and density of access points used.

https://www.digitalairwireless.com/articles/blog/ruckus-spot-location-based-analytics

Ruckus SPoT is based on the technology recently acquired from location based services pioneer YFind Technologies. It gives service providers and enterprises the ability to leverage Ruckus Smart Wi-Fi access points with the latest location technology and techniques that can automatically pinpoint and track the physical location of Wi-Fi- enabled devices, without having to deploy a substantially higher density of additional Wi-Fi hardware or any client software.

https://www.commscope.com/press-releases/2014/ruckus-hits-the-spot-with-the-industrys-first-cloud-based-smart-positioning-wi-fi-location-service/

**4.3.18.19 Fine timing measurement**

Fine timing measurement allows a STA to accurately measure the round trip time (RTT) between it and another STA. With the regular transfer of Fine Timing Measurement frames it is possible for the recipient STA to track changes in its relative location with other STAs in the environment.

Source: 802.11-2016

### 11.24.6.4 Measurement exchange

Fine Timing Measurement frames are sent during time windows called *burst instances*. The timing of the burst instances is defined by the following parameters:

- Partial TSF Timer – The partial TSF timer, as defined in 9.4.2.168, at the beginning of the first burst instance
- Burst Duration – The duration of each burst instance starting at the boundary of a burst period
- Burst Period – The interval from the beginning of one burst instance to the beginning of the following burst instance.

Source: 802.11-2016

The initiating STA may also request a single burst of FTMs to be taken as soon as possible, in which case it sets the Number of Bursts Exponent field to 0 and the ASAP field to 1. This is illustrated in Figure 11-37.



**Figure 11-37—Example negotiation and measurement exchange sequence for a single burst instance, ASAP=1, and FTMs per Burst = 3**

Source: 802.11-2016

The round trip time (RTT) is defined by Equation (11-5).

travel time     $RTT = [(t4' - t1') - (t3 - t2)]$     arrival times     (11-5)

where $t1'$ and $t4'$ are the time at which the Fine Timing Measurement frame was transmitted and the time at which the Ack was received, respectively, as determined by the initiating STA.

At the initiating STA, the mechanism by which $t1'$ and $t4'$ are derived from the TOD and TOA fields is implementation dependent.

Source: 802.11-2016